UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22859-CIV-LENARD/WHITE

**BACILIO CUERO-HURTADO**,

    Petitioner,

vs.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge (D.E. 11), issued on May 14, 2008. Petitioner has not filed any objections to the Report. After an independent review of the Report and record, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 11) is **ADOPTED**.

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (D.E. 1), filed on or about November 2, 2007, is **DENIED.**

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of June, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**